*Friday, March 17, 1995*

## MOTION DOCKET

93–2432. Ohio Bur. of Workers' Comp. v. Etheridge. *Cuyahoga County*, No. 63692. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee's motion for continuance of oral argument currently scheduled for April 18, 1995,

IT IS ORDERED by the court that the motion for continuance be, and hereby is, denied, effective March 15, 1995.

94–1307. Endres Floral Co. v. Endres. *Tuscarawas County*, No. 93AP080056. This cause is pending before the court as an appeal from the Court of Appeals for Tuscarawas County. Upon consideration of appellee's motion for continuance of oral argument currently scheduled for April 26, 1995,

IT IS ORDERED by the court that the motion for continuance be, and hereby is, granted, effective March 15, 1995.

## MISCELLANEOUS DISMISSALS

94–2316. Cleveland v. Ohio Civ. Rights Comm. *Cuyahoga County*, No. 66170. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective March 15, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Monday, March 20, 1995*

## MISCELLANEOUS DISMISSALS

95–385. L & M Properties Co. v. Shanker. *Geauga County*, No. 93–G–1827. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, March 22, 1995*

## MOTION DOCKET

94–405. Haynes v. Zoological Soc. of Cincinnati. *Hamilton County*, Nos. C–910598 and C–950635. This cause is pending before the court on the certification of conflict by the Court of Appeals for Hamilton County. Upon consideration of appellant's motion to strike appellee's document titled "Supplemental Authorities,"

IT IS ORDERED by the court that the motion to strike be, and hereby is, granted, effective March 21, 1995.

DOUGLAS and PFEIFER, JJ., dissent.

RESNICK, J., not participating.